| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number **14−11981** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/31/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Terry Earl Coleman<br>0S535 Kirk Avenue<br>Elmhurst, IL 60126 | Rebecca Benina Coleman<br>fka Rebecca Ortiz−Coleman<br>0S535 Kirk Avenue<br>Elmhurst, IL 60126 |
| Case Number:   14−11981<br>Office Code:      1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−3652<br>xxx−xx−6169 |
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575−8181 | Bankruptcy Trustee (name and address):<br>Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602<br>Telephone number: 312−368−0300 |

## Meeting of Creditors:
Date: **April 30, 2014**                                         Time: **02:30 PM**

Location:  **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 6/30/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date:  April 1, 2014 |

## EXPLANATIONS                                      B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 14-11981-DRC
Terry Earl Coleman                                                          Chapter 7
Rebecca Benina Coleman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lorsmith              Page 1 of 2               Date Rcvd: Apr 01, 2014
                              Form ID: b9a               Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
db/jdb     +Terry Earl Coleman,    Rebecca Benina Coleman,    0S535 Kirk Avenue,    Elmhurst, IL 60126-5241
21738462   +American Eagle Bank,    556 Randall Road,    South Elgin, IL 60177-3315
21738463   +American Eagle Bank,    2255 N. Western Avenue,    Chicago, IL 60647-3142
21738465   +Americas Servicing Company,    PO Box 10328,    Des Moines, IA 50306-0328
21738464   +Americas Servicing Company,    One Home Campus,    MAC X2501-01D,    Des Moines, IA 50328-0001
21738467   +Aspire,   PO Box 65970,    West Des Moines, IA 50265-0970
21738470   +BMO Harris Bank,    401 N. Executive Drive,    Brookfield, WI 53005-6013
21738471   +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
21738472   +BMO Harris Bank NA-,    1st Mortgage Collection Dept-PO Box 8478,    3800 Golf Road, Suite 300,
              Rolling Meadows, IL 60008-4037
21738474   +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
21738477   +Elmhurst Outpatient Surgery Center,    1200 S. York Road,    Elmhurst, IL 60126-5626
21738478    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21738480   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21738481   +Hauselman Martin F.,    39 S. LaSalle Street,    Chicago, IL 60603-1720
21738482   +Hauselman, Rappin & Olswang, Ltd.,    39 S La Salle Street, Suite 1105,    Chicago, IL 60603-1720
21738483   +Hauselman, Rappin & Olswang, Ltd.,    39 S. LaSalle Street, Suite 1105,    Chicago, IL 60603-1720
21738484   +Ira T. Nevel,   175 N. Franklin,    #201,    Chicago, IL 60606-1847
21738485   +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,   Chicago, IL 60606-6914
21738487   +Money Management International,    14141 Southwest Freeway,    Suite 1000,
              Sugar Land, TX 77478-3494
21738490   +Ocwen Loan,   1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
21738491   +Ocwen Mortgage,    Attn: Bankruptcy,   P.O. Box 24738,    West Palm Beach, FL 33416-4738
21738492   +Springleaf,   PO Box 64,    Evansville, IN 47701-0064
21738498   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21738466   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Americas Servicing Company,    Debra Conn,   8480 Stagecoach Circle,
              Frederick, MD 21701)
21738503   +Wells Fargo Credit Card,    PO Box 30086,    Phoenix, AZ 85046-0086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: Cmagerski@sulaimanlaw.com Apr 02 2014 01:03:09     Charles L. Magerski,
              Sulaiman Law Group, LTD,   900 Jorie Boulevard,   Suite 150,   Oak Brook, IL 60523
tr          +EDI: QGBKROL.COM Apr 02 2014 00:48:00     Gina B Krol,   Cohen & Krol,
              105 West Madison St Ste 1100,   Chicago, IL 60602-4600
21738469    +EDI: BANKAMER2.COM Apr 02 2014 00:48:00     Bank Of America, N.A. *,   401 N. Tryon Street,
              NC1-021-02-20,   Charlotte, NC 28255-0001
21738468    +EDI: BANKAMER.COM Apr 02 2014 00:48:00     Bank of America,   P.O. Box 851001,
              Dallas, TX 75285-1001
21738473    +EDI: CHASE.COM Apr 02 2014 00:48:00     Chase *,   ATTN: Bankruptcy Department,   P.O. Box 15298,
              Wilmington, DE 19850-5298
21738475     EDI: DISCOVER.COM Apr 02 2014 00:48:00     Discover Financial Services,   2500 Lake Cook Road,
              Deerfield, IL 60015
21738476     EDI: DISCOVER.COM Apr 02 2014 00:48:00     Discover Financial Services LLC,   Po Box 15316,
              Wilmington, DE 19850
21738479    +E-mail/Text: j.klein@everprof.com Apr 02 2014 01:03:43     Evergreen Professional,
              Attn: Bankruptcy Dept,   Po Box 666,   Bothell, WA 98041-0666
21738486    +EDI: MID8.COM Apr 02 2014 00:48:00     Midland Funding,   8875 Aero Drive, Suite 200,
              San Diego, CA 92123-2255
21738488    +E-mail/Text: bankrup@aglresources.com Apr 02 2014 01:03:11     Nicor Gas,   Po Box 0632,
              Aurora, IL 60507-0632
21738489    +E-mail/Text: bankrup@aglresources.com Apr 02 2014 01:03:10     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
21738494     EDI: AGFINANCE.COM Apr 02 2014 00:48:00     Springleaf Financial Services,   3615 W 95th Street,
              Evergreen Park, IL 60805
21738493     EDI: AGFINANCE.COM Apr 02 2014 00:48:00     Springleaf Financial Services,   Crestwood Center,
              13608 Cicero Avenue, Suite C,   Midlothian, IL 60445
21738497    +EDI: TDBANKNORTH.COM Apr 02 2014 00:48:00     TD Bank, NA,   1701 Route 70 East,
              Cherry Hill, NJ 08003-2335
21738495    +EDI: WTRRNBANK.COM Apr 02 2014 00:48:00     Target Credit Card (TC),   P.O. Box 9475,
              Minneapolis, MN 55440-9475
21738496    +EDI: WTRRNBANK.COM Apr 02 2014 00:48:00     Target National Bank,   3701 Wayzata Boulevard,
              MS-3CG,   Minneapolis, MN 55416-3401
21738499    +E-mail/Text: law@oak-park.us Apr 02 2014 01:04:02     Village of Oak Park,   123 Madison,
              Oak Park, IL 60302-4295
21738501    +E-mail/Text: BNOTICING@WSECU.ORG Apr 02 2014 01:04:30     Washington State Employee CU,
              PO Box WSECU,   Olympia, WA 98507-0099
21738500    +E-mail/Text: BNOTICING@WSECU.ORG Apr 02 2014 01:04:30     Washington State Employee CU,
              400 Union Street,   Olympia, WA 98501-1427
21738502    +EDI: WFFC.COM Apr 02 2014 00:48:00     Wells Fargo Card Services,   1 Home Campus,   3rd Floor,
              Des Moines, IA 50328-0001
                                                                                             TOTAL: 20

```
District/off: 0752-1          User: lorsmith              Page 2 of 2                   Date Rcvd: Apr 01, 2014
                              Form ID: b9a                Total Noticed: 45
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2014 at the address(es) listed below:
              Charles L. Magerski    on behalf of Joint Debtor Rebecca Benina Coleman Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Charles L. Magerski    on behalf of Debtor Terry Earl Coleman Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                   TOTAL: 4